UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA L. CULLUM and DEIRDRE SALEH,

                Plaintiffs,

    v.

WYNDHAM HOTELS & RESORTS CORP., WYNDHAM DESTINATIONS INC., GEOFFREY A. BALLOTTI, WYNDHAM HOTELS (WH) & RESORTS, INC., ELISABETH GALE d/b/a WYNDHAM CORPORATE OFFICE & HEADQUARTERS, and BROADRIDGE CORPORATE ISSUER SOLUTIONS,

                Defendants.

No. 22-CV-9700 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On March 9, 2023, Wyndham Hotels & Resorts, Inc. and Geoffrey A. Ballotti filed a motion to dismiss Plaintiffs' amended complaint; on April 10, 2023 Wyndham Destinations, Inc., filed its motion to dismiss; and on April 19, 2023, Defendant Broadridge Corporate Issuer Solutions, LLC filed its motion to dismiss. To date, Plaintiffs have not filed any response. If Plaintiffs intend to file an opposition to the motions to dismiss, they shall do so by May 26, 2023.

SO ORDERED.

Dated:    May 15, 2023
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge