**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2023

**SANDRA L. CULLUM, et al.,**

                       **Plaintiffs,**

          **-against-**

**WYNDHAM HOTELS & RESORTS CORP., et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

**22-CV-09700 (LTS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiffs have again filed two motions related to discovery. See ECF Nos. 44, 45; see also ECF No. 43 ("The Court does not intend to issue a Rule 16(b) order until Defendants' pending motions to dismiss—one of which seeks to compel arbitration—are resolved. The Court also finds no basis for permitting expedited discovery. Accordingly, Plaintiffs' motions are premature, and denied without prejudice.").

      Discovery in this matter is hereby STAYED pending resolution of the motions to dismiss. See ECF Nos. 21, 29, 33. Accordingly, Plaintiffs' motions remain premature, and are denied without prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 14, 2023
             New York, New York