UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SANDRA L. CULLUM and DEIRDRE
SALEH,

                    Plaintiffs,

     -against-                                   22 **CIVIL** 9700 (LTS)(SN)

                                                            **JUDGMENT**

WYNDHAM HOTELS & RESORTS CORP.,
WYNDHAM DESTINATIONS INC., MR.
GEOFFREY A. BALLOTTI, WYNDHAM
HOTELS (WH) & RESORTS, INC., MS.
ELISABETH GALE, DBA WYNDHAM
CORPORATE OFFICE &
HEADQUARTERS, BROADRIDGE
CORPORATE ISSUER SOLUTIONS,

                    Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 24, 2024, Plaintiffs' motion for reconsideration of the MTD Order is denied in its entirety. Additionally, because the deadline for Plaintiffs to file a Second Amended Complaint has elapsed, Plaintiffs' claims against Ms. Gale are dismissed without prejudice.; accordingly, the case is closed.

**Dated:**  New York, New York

      June 24, 2024

                                                        **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                              **BY:**

                                                    **Deputy Clerk**