UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANDRA MCCULLUM et al.,

      Plaintiffs,

  -v-                                                 No.  22 CV 9700-LTS-SN

WYNDHAM HOTELS & REORTS

      CORPORATION et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

      The Court has received a motion seeking rehearing en banc in this matter, which was intended to be filed with the United States Court of Appeals for the Second Circuit.  (Docket entry nos. 57 and 58.)  The Clerk of Court is respectfully directed to forward the motion and related papers found at docket entry nos. 57 and 58 to the United States Court of Appeals for the Second Circuit.  This Order resolves docket entry no. 57.

      SO ORDERED.

Dated: New York, New York
       September 18, 2025

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge